

The following constitutes the order of the court.
Signed June 12, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | |
| | No. 15-41665 |
| Protus Nkwana Taniform, | |
| | Chapter 7 |
| Debtor. | |

**MEMORANDUM REGARDING DEBTOR'S MOTION FOR LEAVE TO AMEND PETITION**

Protus Nkwana Taniform ("Debtor") filed a chapter 7 petition on May 26, 2015 (Doc. 1). On June 8, 2015, Debtor filed a *Motion for Leave to Amend Petition* (Doc. 11). Debtor should file a document explaining the amendment(s) he wants to make to the petition. Once the Court receives the proposed amendment(s) it will issue an order on the *Motion*. Debtor must file the document detailing the proposed amendment(s) by June 26, 2015. If Debtor does not file the document by June 26, the *Motion* will be denied.

1

**End of Memorandum**

**COURT SERVICE LIST**

Protus Nkwana Taniform
3282 Shawn Way
Hayward, CA 94541

Marlene G. Weinstein
1511 M Sycamore Ave. #259
Hercules, CA 94547